IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------------ :
                                                                          : CASE NO. 4:12 CV 02163
FELIX WILSON, et al.,                                    :
                                                                          :
                                                        Plaintiffs,  : <u>ORDER ADOPTING THE</u>
                                                                          : <u>MAGISTRATE JUDGE'S REPORT AND</u>
                         -vs-                                     : <u>RECOMMENDATION AND GRANTING</u>
                                                                          : <u>THE DEFENDANTS' MOTIONS TO</u>
                                                                          : <u>DISMISS</u>
TRUMBULL COUNTY DEPARTMENT :
OF JOB AND FAMILY SERVICES, et   :
al.,
                                         Defendants.
------------------------------------------------------

UNITED STATES DISTRICT JUDGE LESLEY WELLS

       On 25 January 2013, this matter was referred to United States Magistrate Judge Greg White for a Report and Recommendation ("R&R") on two motions: (1) a motion to dismiss filed by defendants Dan Superak and Village of McDonald Mayor Glenn W. Holmes (Doc. 9); and (2) a motion to dismiss filed by defendants Hospice of the Valley, Cindy Phillips, and Judith Makosky. (Doc. 6). On 18 June 2013, the Magistrate Judge returned an R&R with the recommendation that both motions be granted. The parties were advised that objections to the R&R were to be filed within fourteen days after having been served with a copy of it, and that a failure to object may result in waiver of the right to appeal.

       Pursuant to 28 U.S.C. § 636(b)(1), this Court makes a de novo determination of those portions of the R&R to which a timely objection is made. "When no timely

objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee's note.

In this instance, no objections have been filed. The Magistrate Judge's R&R is well-reasoned and without error, and it is adopted in its entirety. Therefore, the defendants' motions are granted as set forth in the R&R. (Resolving Doc. 6,9).

      IT IS SO ORDERED.

                                                 /s/ Lesley Wells
                                    UNITED STATES DISTRICT JUDGE

Date:  17 July 2013