IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

----------------------------------------------------   .

FELIX WILSON, et al.,                :   CASE NO.  4:12 CV 02163

                            :

                    Plaintiffs,   :   <u>ORDER ADOPTING THE</u>

                            :   <u>MAGISTRATE JUDGE'S REPORT AND</u>

          -vs-               :   <u>RECOMMENDATION AND GRANTING</u>

                            :   <u>THE DEFENDANTS' MOTION FOR</u>

                            :   <u>JUDGMENT ON THE PLEADINGS</u>

TRUMBULL COUNTY DEPARTMENT   :
OF JOB AND FAMILY SERVICES, et   :
al.,

                    Defendants.

----------------------------------------------------

UNITED STATES DISTRICT JUDGE LESLEY WELLS

On 1 August 2013, this matter was referred to United States Magistrate Judge Greg White for a Report and Recommendation ("R&R") on a motion for judgment on the pleadings filed by defendants Trumbull County Department of Job and Family Services Adult Protective Services, Andrea Crook, Anthony Laprocina, Daniel E. Polivka, Paul E. Heltzel, and Frank S. Fuda. (Doc. 27). On 7 October 2013, the Magistrate Judge returned an R&R with the recommendation that the motion be granted. (Doc. 28). The parties were advised that objections to the R&R were to be filed within fourteen days after having been served with a copy of it, and that a failure to object may result in waiver of the right to appeal.  No objections have been filed.

Pursuant to 28 U.S.C. § 636(b)(1), this Court makes a de novo determination of those portions of the R&R to which a timely objection is made. "When no timely

objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee's note.

The Magistrate Judge's R&R is well-reasoned and without error, and it is adopted in its entirety. Therefore, the defendants' motion is granted as set forth in the R&R. (Resolving Doc. 25).


IT IS SO ORDERED.

_____/s/ Lesley Wells_____
UNITED STATES DISTRICT JUDGE

Date:   29 October 2013____

2